Battle, J.
 

 The bastardy act (1 Rev. Stat. eh. 12, see. 1) .declares that, if a single woman be big with child, or be de- '
 
 *130
 
 livered of á child, and, upon being taken before two Magistrates for examination upon oath concerning the father» shall refuse to declare him, she shall pay a fine of five dollars, and shall give bond, with sufficient' security, payable to the State, conditioned to keep her child from being chargable to the county. But if she declare who the father is» then certain proceedings shall be had against him, for the purpose of compelling him to maintain his bastard child, so that the county may have an indemnity against the charges of such maintainance. The act of 1850, ch. 14, gives the same powers to a single Magistrate as under the former law had 'been exercised by two.
 

 It is manifest that it was not the object of this enactment to punish the father of a bastard child for having begotten it, but the purpose was solely to prevent its support and maintainance from becoming a county charge. The proceedings under' the act are not therefore criminal in their nature, but are mere police regulations, adopted for the pur" pose above indicated. State v. Carrow, 2 Dev. and Bat. 370; State v. Pate, Busbee 244, Now this purpose may be as fully and effectually accomplished by the mother’s giving bond with sufficient security for the indemnity of the county, as prescribed in the first clause of the act, as by obtaining a similar indemnity by proceeding against the father under the second clause. So soon as the county is Secured in either way, from having a charge imposed upon it on account of the bastard child, it follows as a necessary consequence, that the whole.object of the act has been accomplished, and no further proceedings can be had. Hence, in this case, after the mother had given and the county had Veeeived indemnity, the magistrate had no authority to proceed against the reputed father, and his proceedings were properly quashed, both in the County and Superior Courts,
 

 Pee Curiam. The order appealed from must be affirmed.